SYNQOR, INC., Plaintiff–Appellee,

v.

ARTESYN TECHNOLOGIES, INC. and Astec America, Inc., Defendants–Appellants,

and

Bel Fuse, Inc., Defendant–Appellant,

and

Cherokee International Corp. and Lineage Power Corp., Defendants–Appellants,

and

Delta Electronics, Inc., Delta Products Corp., Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., Murata Power Solutions, Inc., and Power–One, Inc., Defendants–Appellants.

Nos. 2011–1191, 2011–1192, 2011–1193, 2011–1194.

United States Court of Appeals, Federal Circuit.

Jan. 31, 2011.

Constantine L. Trela Jr., Thomas D. Rein, Robert N. Hochman, Sidley Austin, LLP, Chicago, IL, Michael D. Hatcher, Sidley Austin, LLP, Dallas, TX, for Plaintiff-Appellee.

Donald R. Dunner, Finnegan, Henderson, Farabow, Washington, DC, Robert J. McAughan Jr., Jeffrey A. Andrews, Locke, Lord Bissell & Liddell, LLP, Houston, TX, Erik R. Puknys, Finnegan, Henderson, Farabow, Palo Alto, CA, Steven N. Williams, Kennedy, Clark & Williams, P.C., Dallas, TX, Avin Sharma, Vasquez Benisek & Lindgren, LLP, Lafayette, CA, Alan D. Smith, Fish & Richardson, P.C., Boston, MA, for Defendants-Appellants.

Before LINN, Circuit Judge.

## ON MOTION

## ORDER

Delta Electronics, Inc., Delta Products Corp., Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., Murata Power Solutions, Inc., and Power-One, Inc. (Delta) submit a motion for a stay, pending appeal, of the injunction entered by the United States District Court for the Eastern District of Texas.

Upon consideration thereof,

It Is Ordered That:

Synqor, Inc. is directed to respond no later than February 4, 2011. The injunction is temporarily stayed to the extent that it applies to products described in Delta's motion that Delta asserts are sold to Fujitsu Ltd., Fujitsu Network Communications, Inc. and their affiliates and contract manufacturers and to Cisco Systems, Inc., pending this court's consideration of the papers submitted.